In the Matter of GEORGE WILSON, Appellant, v ROBERT DENNISON, as Chair of the New York State Board of Parole, Respondent.

Submitted December 19, 2005; decided February 9, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.